[No. 7164–9–II. Division Two. August 13, 1986.]

LYNN D. NYGREN, *Appellant,* v. EBASCO SERVICES, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–2–03205–8, E. Albert Morrison, J., entered June 17, 1983. *Affirmed in part* and *reversed in part* by

unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.